UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 2 0 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 11-159 (ESH) |
| HUMBERTO MEDINA, | ) |
| Defendant. | ) |

## ORDER

In a hearing before Magistrate Judge Kay on June 1, 2011, defendant Humberto Medina entered a plea of guilty. On June 1, 2011, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

/s/ Ellen S. Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 17, 2011